1
2
3
4
5
6                        UNITED STATES DISTRICT COURT

7                             DISTRICT OF NEVADA

8                                   * * *

9    SHAUNNA L. DODD,                    Case No. 2:21-cv-01398-GMN-EJY

10                          Petitioner,   Order Granting Motion for Extension of
                                          Time to File Amended Petition to
11        v.                              November 30, 2022 (ECF No. 16)

12   JERRY HOWELL, et al.,

13                         Respondents.

14

15        28 U.S.C. § 2254 habeas corpus petitioner Shaunna L. Dodd seeks an extension

16   of time to file a first-amended petition. (ECF No. 16.) Good cause appearing,

17        **IT IS ORDERED** that petitioner's unopposed motion for extension of time to file a

18   first-amended petition (ECF No. 16) is **GRANTED**. The deadline to file a first-amended

19   petition for writ of habeas corpus is extended to November 30, 2022.

20

21

22        DATED: 26 August 2022.

23

24                                        _____
25                                        GLORIA M. NAVARRO
                                          UNITED STATES DISTRICT JUDGE
26

27

28

                                        1