UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAUNNA L. DODD,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>JERRY HOWELL, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:21-cv-01398-GMN-EJY<br><br>Order Granting Motion for Extension of Time to File Amended Petition to February 28, 2023<br><br>(ECF No. 18) |

28 U.S.C. § 2254 habeas corpus petitioner Shaunna L. Dodd moves for an extension of time to file an amended petition. (ECF No. 18.) Good cause appearing,

**IT IS ORDERED** that petitioner's unopposed second motion for extension of time to file an amended petition (ECF No. 18) is **GRANTED**. The deadline to file an amended petition for writ of habeas corpus is extended to February 28, 2023.

DATED: 5 December 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE