UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHAUNNA L. DODD,<br><br>Petitioner,<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>Respondents. | Case No. 2:21-cv-01398-GMN-EJY<br><br>Order Granting in Part and Denying in Part Motion for Extension of Time to File Amended Petition to April 29, 2023<br><br>(ECF No. 20) |

28 U.S.C. § 2254 habeas corpus petitioner Shaunna L. Dodd seeks an extension of time to file an amended petition. (ECF No. 20.) The court concludes that good cause exists to grant an extension but disagrees that such a lengthy extension is warranted. The court further notes that counsel for Dodd moved for this significant extension on the date that the amended petition was due.

**IT IS THEREFORE ORDERED** that petitioner's unopposed third motion for extension of time to file an amended petition (ECF No. 20) is **GRANTED in part and DENIED in part**. **The deadline to file an amended petition for writ of habeas corpus is extended to April 29, 2023**.

DATED: 2 March 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE