UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAUNNA L. DODD,<br><br>                              Petitioner,<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>                              Respondents. | Case No. 2:21-cv-01398-GMN-EJY<br><br>**Order Granting Motion to Withdraw, Appointing Substitute Counsel, and Granting an Extension of Time to File a Response to the Petition to September 19, 2023**<br><br>(ECF Nos. 24, 25) |

    This court granted 28 U.S.C. § 2254 habeas corpus petitioner Shaunna L. Dodd's motion for appointment of counsel and appointed Jessie Folkestad to represent her. (ECF No. 14.) Folkestad has moved to withdraw as attorney of record under LR IA 11-6(b). (ECF No. 24.) She explains that her spouse is an active-duty military member who was assigned to a base in Europe, and she and their family will accompany her spouse. Good cause appearing,

    IT IS THEREFORE ORDERED that counsel's motion to withdraw as attorney of record **(ECF No. 24) is GRANTED**. Jessie Folkestad **is released as counsel**.

    IT IS FURTHER ORDERED that **Jamie J. Resch**, a Criminal Justice Act panel attorney for the United States District Court, District of Nevada, is appointed to represent Shaunna L. Dodd in these proceedings.

Mr. Resch's contact information appears below:

Mr. Jamie J. Resch
Resch Law, PLLC
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128
702-483-7360
800-481-7113 (fax)
jresch@convictionsolutions.com

IT IS FURTHER ORDERED that Jamie Resch will represent petitioner in all future proceedings in this court relating to this matter (including subsequent actions) and appeals therefrom, pursuant to 18 U.S.C. § 3006A (a)(2)(B), until allowed to withdraw.

IT IS FURTHER ORDERED that the Clerk of Court electronically **serve** CJA counsel a copy of this order, together with a copy of the amended petition for writ of habeas corpus. (ECF No. 22.)

IT IS FURTHER ORDERED that CJA counsel enter a notice of appearance within **20 days** of the date of this order.

IT IS FURTHER ORDERED that respondents' unopposed motion for extension of time to file a response to the petition **(ECF No. 25) is GRANTED**. **The deadline to file a response is extended to September 19, 2023.**

DATED: 21 July 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE