# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAUNNA L. DODD,<br><br>    Petitioner<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents. | Case No.: 2:21-cv-01398-GMN-EJY<br><br>**Order Granting Extension of Time to Respond to Amended Petition to November 3, 2023**<br><br>(ECF No. 28) |

Respondents ask the court for an extension of time to file a response to Shaunna L. Dodd's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 28.) Good cause appearing,

IT IS THEREFORE ORDERED that respondents' unopposed second motion for extension of time to file a response to the amended petition **(ECF No. 28) is GRANTED** *nunc pro tunc*. **The deadline to respond is extended to November 3, 2023**.

DATED: 19 September 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE