# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAUNNA L. DODD,<br><br>  Petitioner<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>  Respondents. | Case No.: 2:21-cv-01398-GMN-EJY<br><br>**Order Granting Extension of Time to Reply in Support of Motion to Dismiss to February 20, 2024**<br><br>(ECF No. 40) |

Respondents ask the court for an extension of time to file a reply in support of their motion to dismiss Shaunna L. Dodd's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 40.)  Good cause appearing,

IT IS ORDERED that respondents' unopposed motion for extension of time to reply in support of the motion to dismiss **(ECF No. 40) is GRANTED** *nunc pro tunc*. **The deadline to respond is extended to February 20, 2024**.

DATED: 27 December 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE