UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAUNNA L. DODD,<br><br>                                 Petitioner,<br><br>      v.<br><br>JERRY HOWELL, et al.,<br><br>                                 Respondents. | Case No. 2:21-cv-01398-GMN-EJY<br><br>Order Granting Extension of Time to File Answer to Petition to December 17, 2024<br><br>(ECF No. 45) |

    Respondents seek an extension of time to answer the remaining claims in Shaunna L. Dodd's 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 45.) Good cause appearing,

    IT IS ORDERED that Respondents' unopposed Motion for Extension of Time to file an answer to the remaining claims **(ECF No. 45) is GRANTED** *nunc pro tunc*. The deadline to answer is extended to December 17, 2024.

DATED: 21 October 2024.

                                                              GLORIA M. NAVARRO<br>                                                              UNITED STATES DISTRICT JUDGE