UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAUNNA L. DODD,<br><br>Petitioner,<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>Respondents. | Case No. 2:21-cv-01398-GMN-EJY<br><br>Order Granting Extension of Time to File Answer to Petition to January 16, 2025<br><br>(ECF No. 48) |

Respondents seek an extension of time to answer the remaining claims in Shaunna L. Dodd's 28 U.S.C. § 2254 Habeas Corpus Petition. (ECF No. 48.) Good cause appearing,

IT IS ORDERED that Respondents' unopposed second Motion for Extension of Time to file an answer to the remaining claims **(ECF No. 48) is GRANTED** *nunc pro tunc*. **The deadline to answer is extended to January 16, 2025.**

DATED: 18 December 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1